USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    7/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACUITAS THERAPEUTICS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>GENEVANT SCIENCES GMBH, AND ARBUTUS BIOPHARMA CORP.,<br><br>Defendants. | 1:22-cv-2229-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On July 16, 2022, this case was reassigned to me. Accordingly, IT IS HEREBY ORDERED that, no later than August 1, 2022, the parties shall file a joint status letter, not to exceed 6 pages, which shall include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and

      other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made;

   b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

   c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

**SO ORDERED.**

Date: **July 25, 2022**
      **New York, NY**

*(signed)* **MARY KAY VYSKOCIL**
United States District Judge