UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACUITAS THERAPEUTICS, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> GENEVANT SCIENCES GMBH, and ARBUTUS BIOPHARMA CORP., <br><br> *Defendants*. | Case No. 1:22-cv-02229-MKV |

## NOTICE OF GENEVANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Genevant Sciences GmbH and Arbutus Biopharma Corp.'s (collectively, "Defendants") Motion to Dismiss the First Amended Complaint, dated October 4, 2022, filed herewith; the Declaration of Matthew D. Robson, dated October 4, 2022, and exhibits thereto, filed herewith; and upon all the papers and proceedings had herein, Defendants will move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing the First Amended Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: October 4, 2022
      New York, New York

Respectfully submitted,

By: */s/ Raymond N. Nimrod*

Raymond N. Nimrod
Isaac Nesser
Matthew D. Robson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
T: 212-849-70

Kevin P.B. Johnson
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
T: 609-801-5000

Sandra Haberny (*pro hac vice* granted)
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
T: 213-443-3000

*Attorneys for Defendant Genevant Sciences GmbH*