**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

November 16, 2022

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     Acuitas Therapeutics Inc. v. Genevant Sciences GmbH and Arbutus Biopharma Corp.,
        Case No. 22-cv-02229-MKV

Your Honor:

       Pursuant to Rule 4.A.vii. of Your Honor's Individual Rules of Practice in Civil Cases, Defendant Genevant Sciences GmbH and Defendant Arbutus Biopharma Corp. (collectively "Defendants"), hereby request oral argument on Defendants' pending Motion to Dismiss the First Amended Complaint (Dkt. 43, 46).

Respectfully submitted,

/s/ Raymond N. Nimrod

Raymond N. Nimrod

cc:     All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES |
MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE |
SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH