UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Acuitas Therapeutics Inc.      Plaintiff,      Case No. 1:22-cv-02229

-against-

Genevant Sciences GmbH and
Arbutus Biopharma Corp.      Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Nicholas Groombridge**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NG8424          My State Bar Number is 2171346

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison LLP
            FIRM ADDRESS: 1285 Avenue of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: (212) 373-3000
            FIRM FAX NUMBER: (212) 757-3990

NEW FIRM:   FIRM NAME: Groombridge, Wu, Baughman & Stone LLP
            FIRM ADDRESS: 260 E. Mountain Rd. S., Cold Spring, New York 10516
            FIRM TELEPHONE NUMBER: (332) 269-0031
            FIRM FAX NUMBER:

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 21, 2022

_____
ATTORNEY'S SIGNATURE