UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Acuitas Therapeutics Inc.          Plaintiff,          Case No. 1:22-cv-02229

-against-

Genevant Sciences GmbH and
Arbutus Biopharma Corp.          Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Josephine Young**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __JY1175__     My State Bar Number is __4758462__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison LLP
             FIRM ADDRESS: 1285 Avenue of the Americas, New York, NY 10019
             FIRM TELEPHONE NUMBER: (212) 373-3716
             FIRM FAX NUMBER: (212) 492-0716

NEW FIRM:    FIRM NAME: Groombridge, Wu, Baughman & Stone LLP
             FIRM ADDRESS: 260 E. Mountain Rd. S., Cold Spring, New York 10516
             FIRM TELEPHONE NUMBER: (332) 269-0031
             FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 21, 2022

ATTORNEY'S SIGNATURE