**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7412**

WRITER'S EMAIL ADDRESS
**raynimrod@quinnemanuel.com**

June 2, 2023

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/2/2023

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Acuitas Therapeutics Inc. v. Genevant Sciences GmbH et al.,*
Case No. 1:22-cv-02229-MKV

Dear Judge Vyskocil:

I am lead counsel for Genevant Sciences GmbH and write regarding the Court's order directing the parties to appear for a status conference on June 27, 2023. D.I. 72. I am writing to request that the Court reschedule the status conference to an earlier date. In particular, I am on a family trip to Zambia from June 19-July 3 and then in Chicago from July 5-21 for a trial.

We have discussed our availability with counsel for Arbutus Biopharma Corp. and counsel for Acuitas Therapeutics Inc. All parties are available on June 12, June 13, and on the morning of June 14. We respectfully request that the status conference be rescheduled for one of these days.

We greatly appreciate the Court's consideration of our rescheduling request.

Respectfully submitted,

/s/ Raymond N. Nimrod

Raymond N. Nimrod

cc: All Counsel of Record (via ECF)

> **The June 27, 2023 conference is ADJOURNED to August 8, 2023 at 12:00 PM. SO ORDERED.**
>
> Date: 6/2/2023
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH