UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023

| | |
|---|---|
| ACUITAS THERAPEUTICS INC., | |
| Plaintiff, | |
| -against- | 1:22-cv-2229-MKV |
| GENEVANT SCIENCES GMBH, AND ARBUTUS BIOPHARMA CORP., | SCHEDULING ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference previously scheduled for August 8, 2023 at 12:00 PM is ADJOURNED to August 9, 2023 at 12:00 PM.

**SO ORDERED.**

Date: July 20, 2023
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1