**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7412**

WRITER'S EMAIL ADDRESS
**raynimrod@quinnemanuel.com**

August 1, 2023

<u>VIA ECF</u>

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Acuitas Therapeutics Inc. v. Genevant Sciences GmbH et al.,*
<u>Case No. 1:22-cv-02229-MKV</u>

Dear Judge Vyskocil:

Pursuant to Rule 9.B of Your Honor's Individual Rules of Practice in Civil Cases, Defendants Genevant Sciences GmbH and Arbutus Biopharma Corporation (collectively, "Defendants") hereby jointly move to seal and/or redact confidential material in their letter to Your Honor of today's date, which is filed concurrently under seal with highlights that denote redactions in conformity with the Court's Standing Order 19-mc-00583 and Section 6 of the Court's Electronic Case Filing Rules & Instructions.

In particular, Defendants' letter quotes from sealed portions of Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, which was previously filed in redacted form (DI 48) and under seal (DI 50) by the Plaintiff pursuant to its sealing and redaction application (DI 47). Defendants' proposed sealing and redactions are consistent with those of Plaintiff, and are narrowly tailored to keep any alleged highly sensitive and proprietary information from being disclosed to the public

Accordingly, Defendants respectfully request that the Court grant their application to seal.

Respectfully submitted,

 */s/ Raymond N. Nimrod*

Raymond N. Nimrod

cc:   All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH