IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACUITAS THERAPEUTICS INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GENEVANT SCIENCES GMBH, AND ARBUTUS BIOPHARMA CORP.<br><br>　　　　　　Defendants. | Case No. 1:22-cv-02229-MKV |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Acuitas Therapeutics Inc., by and through its undersigned attorneys, hereby dismisses the above-captioned matter without prejudice and without costs.  No answer or motion for summary judgment has been filed.

Dated: August 4, 2023                                Respectfully submitted,


/s/ Eric Alan Stone

GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
Nicholas Groombridge
Eric Alan Stone
Josephine Young
Allison C. Penfield
Chih-Wei Wu
565 Fifth Avenue, Suite 2900
New York, NY 10017
nick.groombridge@groombridgewu.com
eric.stone@groombridgewu.com
josephine.young@groombridgewu.com
allison.penfield@groombridgewu.com
chihwei.wu@groombridgewu.com
Tel.: 332-263-0030
Fax.: 332-262-5334

Saurabh Gupta
801 17th Street, NW, Suite 1050
Washington, DC 20006
saurabh.gupta@groombridgewu.com
Tel.: 202-505-6566
Fax.: 202-595-0359

*Attorneys for Acuitas Therapeutics Inc.*